IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Lizzie Crawford, individually and on behalf of all others similarly situated, | ) ) Case No. 8:21-cv-00555-DCC ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| I.C. System, Inc. and John Does 1-25 | ) ) ) |
| Defendants. | ) ) ) |

## **STIPULATION TO DISMISS**

COMES NOW, Plaintiff LIZZIE CRAWFORD and Defendant, I.C. SYSTEM, INC., through their respective counsel below, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: August 23rd, 2021

Respectfully submitted by:

s/ Chad V. Echols
Chad V. Echols (Fed I.D. 9810)
David A. Grassi, Jr. (Fed I.D. 12963)
The Echols Firm, LLC
PO Box 12645
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: chad.echols@theecholsfirm.com
Email: david.grassi@theecholsfirm.com
*Counsel for Defendant*

s/ Kenneth E. Norsworthy, Jr.
Kenneth E. Norsworthy, Jr. (Fed I.D. 12580)
NORSWORTHY LAW, LTD. CO.
218 Trade Street, Suite D
Greer, SC 29651

Phone: (864) 804-0581
norsworthylaw@gmail.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23rd, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

/s/ Chad V. Echols
Chad V. Echols (Fed I.D. 9810)
The Echols Firm, LLC